O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 00-584-CAS |
|---|---|
| Plaintiff, | |
| v. | REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| JUAN DONALDO PERDOMO-ESPANA, | |
| Defendant. | |

On May 29, 2012, this matter came before the Court on Petitions on Probation and Supervised Release filed on April 5, 2006 and May 24, 2012. Government counsel, Curtis Kin, the defendant and his appointed CJA attorney, Ellen Barry, were present. The U.S. Probation Officer, Christine Aranda, was also present.

The defendant admits violation of his supervised release, as stated in the Petitions on Probation and Supervised Release filed on April 5, 2006 and May 24, 2012. The Court finds that the defendant is in violation of the terms and conditions of her supervised release imposed on July 26, 2004.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. Defendant is committed to the custody of the Bureau of Prisons for a period of twelve (12) months, with no supervision to follow. The Court hereby recommends defendant be housed at the Metropolitan Detention Center (MDC) for the duration of his imprisonment. If defendant is not able to serve his sentence at MDC, the

| | |
|---|---|
|1| Court hereby recommends defendant be designated to a facility where defendant is able to |
|2| receive suitable medical care for his diabetes. |
|3| IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States |
|4| Marshal or other qualified officer and that said copy shall serve as the commitment of |
|5| defendant. |

FILE/DATED: May 29, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk